**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| SAMUEL BARNES, on behalf of himself and all others similarly situated, ) ) ) | CASE No. 1:18-cv-00952 |
| ) | JUDGE PATRICIA A. GAUGHAN |
| Plaintiffs, ) ) ) | |
| vs. ) ) ) | |
| WINKING LIZARD, INC., *et al.,* ) ) ) | |
| Defendants. ) | |

GRANTED.
/s/ Patricia A. Gaughan
12/6/18

## JOINT MOTION TO FILE UNDER SEAL

Plaintiff Samuel Barnes, *et al.* ("Plaintiffs") and Winking Lizard, Inc., *et al.* ("Winking Lizard" or "Defendants"), by and through their respective counsel, jointly move this Court for an order permitting them to file under seal: (1) a copy of Exhibit A to the parties' Settlement Agreement; and, (2) the Declaration of C. Andrew Head.

1. The parties have negotiated and entered into a Settlement Agreement to resolve this action.

2. The parties wish to disclose to the Court, among other things, the amount of each class member's settlement share so that the Court has all of the information it needs to approve the settlement.