**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| SAMUEL BARNES, on behalf of himself and all others similarly situated, ) | CASE No. 1:18-cv-00952 |
| ) | |
| ) | JUDGE PATRICIA A. GAUGHAN |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| WINKING LIZARD, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

**SUPPEMENTAL FILING OF ADDENDUM TO SETTLEMENT AGREEMENT**

The Court granted preliminary approval of the Parties' settlement under the Fair Labor Standards Act of 1938, 29 U.S.C. § 201 *et seq.*, as amended ("FLSA") and the Ohio Minimum Fair Wage Standards Act, Ohio Rev. Code Ann. § 4111.01, *et seq.* ("OMFWSA") on December 6, 2018. Subsequently, counsel for the Parties noticed an error in the Joint Stipulation of Settlement and Release (the "Settlement Agreement"). Specifically, while Section 6(c) accurately described the calculation method applicable to the State Law Fund allocations, Section 10(b)(ii) inadvertently and incorrectly contradicted Section 6(c). An Addendum correcting this error by striking Section 10(b)(ii) accordingly is attached hereto as Exhibit A.

Respectfully submitted,

| | |
|---|---|
| */s/ C. Andrew Head* | */s/ Robert J. Bowes, III* |
| C. Andrew Head | Vincent J. Tersigni (0040222) |
| Bethany A. Hilbert | Robert J. Bowes, III (0092871) |
| Head Law Firm, LLC | Michael J. Kozimor (0092376) |
| 4422 N Ravenswood Ave | Jackson Lewis, P.C. |
| Chicago, IL  60640 | Park Center Plaza I, Suite 400 |
| (404) 924-4151; (404) 796-7338  (Fax) | Cleveland, OH  44131 |
| ahead@headlawfirm.com | (216) 750-0404 |
| bhilbert@headlawfirm.com | (216) 750-0826  (Fax) |
| | Vincent.Tersigni@JacksonLewis.com |
| Lori M. Griffin (0085241) | Robert.Bowes@JacksonLewis.com |
| Chastity L. Christy (0076977) | Michael.Kozimor@JacksonLewis.com |
| Anthony J. Lazzaro (0077962) | |
| The Lazzaro Law Firm, LLC | *Attorneys for Defendants* |
| 920 Rockefeller Building | |
| 614 W. Superior Avenue | |
| Cleveland, OH  44113 | |
| (216) 696-5000; (216) 696-7005 (Fax) | |
| chastity@lazzarolawfirm.com | |
| anthony@lazzarolawfirm.com | |
| lori@lazzarolawfirm.com | |

*Attorneys for Plaintiffs and the Class/Collective*

## **CERTIFICATE OF SERVICE**

This is to certify that the foregoing has been electronically filed with the United States District Court for the Northern District of Ohio on this 10th day of December, 2018.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Robert J. Bowes, III*
Robert J. Bowes, III (0092871)

*One of the Attorneys for Defendants*

4839-3311-6290, v. 1